NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: HERMAN YIK WAI TSUI,**
*Appellant*

---

2017-1204

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/850,527.

---

**JUDGMENT**

---

GEORGE G. WANG, Bei & Ocean, Millington, NJ, argued for appellant.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MOLLY R. SILFEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 16, 2018 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |